```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

KATHALINA MONACELLI,

                Plaintiff,

vs.                                   Case No.  2:08-cv-819-FtM-29DNF

HEARTLAND EDUCATIONAL CONSORTIUM,
HENDRY COUNTY EDUCATION ASSOCIATION,
HENDRY COUNTY SCHOOL BOARD, LABELLE
HIGH SCHOOL, DANIEL GILBERTSON,
LUCINDA KELLY, and JANE HATFIELD,

                Defendants.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #8), filed December 11, 2008, recommending that plaintiff's Affidavit of Indigency (Doc. #2), construed to contain a Motion to proceed *in forma pauperis*, be denied and the case be dismissed for failure to state a claim.  Plaintiff filed Objections to Report and Recommendation (Doc. #9) on December 17, 2008.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection

is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong. § 2 (1976)). Even in the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge and overrules the objections.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #8) is hereby **adopted** and incorporated herein.

2. Plaintiff's Affidavit of Indigency (Doc. #2), construed to contain a Motion to proceed *in forma pauperis*, is **DENIED**.

3.  The Clerk shall enter judgment dismissing the case without prejudice, terminate all deadlines as moot, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __29th__ day of December, 2008.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Unrepresented parties